AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CONSUEGO DENISE SHINE | ) Case No: 3:02CR00161-002 |
| | ) USM No: 19064-058 |
| Date of Previous Judgment: 3/30/2005 | ) Charles Morgan |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❏ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __Count 1: 78__ months **is reduced to** __Count 1: 63__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __26__  Amended Offense Level: __24__
Criminal History Category: __III__  Criminal History Category: __III__
Previous Guideline Range: __78__ to __97__ months  Amended Guideline Range: __63__ to __78__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): *The defendant is also serving a 60 month consecutive sentence in Count Two for a conviction for a violation of 18 U.S.C. § 924(c), for a total sentence of 123 months.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __3/30/2005__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 20, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge