# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:02cr161

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| CONSUEGO SHINE. ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* request for court-appointed counsel and for the filing of a motion for a sentence reduction pursuant to the Crack Cocaine Guideline Amendment.

The Defendant previously filed a motion for court-appointed counsel on December 19, 2007. [Doc. 77]. On March 13, 2009, Charles Morgan was appointed to represent her. [Doc. 81].

The Defendant also previously filed a motion to reduce her sentence pursuant to the Crack Cocaine Guideline Amendment. [Doc. 78]. On May 20, 2009, the Defendant's motion was granted and her sentence was reduced to 63 months imprisonment. [Doc. 91].

It is possible that the Defendant did not receive a copy of this Order although she remains incarcerated at the same facility. Out of an abundance of caution, the Clerk of Court will be instructed to serve that Order again.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* request for court-appointed counsel and for the filing of a motion for a sentence reduction pursuant to the Crack Cocaine Guideline Amendment shall be scanned into the record and docketed as motion for court-appointed counsel and for a sentence reduction.

**IT IS FURTHER ORDERED** that as so construed, the Defendant's motions are hereby **DENIED**.

The Clerk of Court is requested to mail a copy of Document 91 along with this Order to the Defendant.

Signed: October 14, 2009

Martin Reidinger
United States District Judge